UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RASHID REGAINS,

    Plaintiff,

v.

Case No. 25-cv-11438
Hon. Matthew F. Leitman

FCA US LLC, *et al.*,

    Defendants.
_____/

### ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE DEFAULT (ECF No. 8)

On November 5, 2025, the Court held a hearing on Defendant FCA US LLC's motion to set aside a default that the Clerk of the Court entered against FCA on June 16, 2025. (*See* Default, ECF No. 6; Mot., ECF No. 8.)  For the reasons explained on the record, FCA's motion is **GRANTED** and the Clerk's entry of default (ECF No. 6) is hereby **SET ASIDE**.  As further explained on the record, the Court's setting aside of the default is conditioned on FCA paying $2,500.00 in attorney fees to Plaintiff's counsel.  Finally, FCA shall answer or otherwise respond to the Complaint by no later than **December 5, 2025**.

    **IT IS SO ORDERED.**

                                          s/Matthew F. Leitman
                                          MATTHEW F. LEITMAN
                                          UNITED STATES DISTRICT JUDGE

Dated:  November 5, 2025

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 5, 2025, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126